IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN UVELLE RANDALL**                                                               **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:13-cv-431-HSO-RHW**

**STATE OF MISSISSIPPI,** *et al.*                                                        **RESPONDENTS**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [9] of Magistrate Judge Robert H. Walker, entered in this civil action on October 29, 2014.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [9], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of November, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE